# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern  DISTRICT OF Evansville

(Full name of plaintiff(s))

Patrick L. Adams

3:19-cv-0037 RLY-MPB

FILED
FEB 21 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

vs

(Full name of defendant(s))

Evansville Police Department

Department of Child Services

Judicial Officer

Case Number:

82C01-1901-mc-000033
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)

   __3500 N. Harlan Ave Evansville Ind__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __EPD-DCS-Judicial Officer__
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Evansville Police Dept / Department of Child Services__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I Patrick Levell Adams rights have been violated by the Evansville Police Department along with the Department of Child Services ② unlawfully invading or invaded my home without a search warrant drawn guns on me putting my 1 year old daughter in fear while DCS were tearing up the home. ③ They did it because my wife put her newborn baby up for adoption but when the baby was born she decided to keep it, but the adoption family have paid her $5000.00 dollars for the child. It happen on 3rd of January 2019. It happen at my home 1114 S Weinbach Ave Evansville Indiana, I was put in

just on false "Allegation" an "Accusation" because of this matter. They say I touch my kids which I have all my "Proof" an "Evident" from the "St. Vincent" hospital saying it nothing happen to none of my kids. But my kids still was tooking because my wife ain't give up the "Newborn" baby to the people who paid her the $5000.00. I was frame in my kids got took just for them to get the baby. I was put all over Social Network, News Station, News paper which took all my happiness, joy, and everything from me. I been "Libel, slander" "Lie on" and more. This have cause damage to my reputation, emotional distress, dishonor and condemnation to my life in I need help with this Defamation that is defined in 140 I have all my Proof saying an showing I'm Innocent an Not guilty of all these Allegation from Expert Doctor from St. Vincent hospital I need Justice to be done.

C.  JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
     OR

[✓] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 300,000 .

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would first want the Congress to keep make righteousness in good decission of judgment with good Faith. If I won my Lawsuit I would like my fund to be mail to my grandmother at this address P.O. Box 223 Benoit, MS 38725. By his grace in Him we trust. I would like to tell the people who serve in the Justice System stop lying under oath - Uphold the Law & stop breaking it. Stop the "Label" the "Defamation" and taken people kids who trying to be good parents to there love ones

E. JURY DEMAND

☑ Jury Demand – I want a jury to hear my case

OR

☑ Court Trial – I want a judge to hear my case

Dated this __18th__ day of __February__ 20__19__.

Respectfully Submitted,

__Patrick Lewell Adams__
Signature of Plaintiff

__#159277#__
Plaintiff's Prisoner ID Number

__#3500 N. Harlan Ave# Evansville, Ind 47711__

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.